UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-320-D
No. 01-CR-319-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY W. HYNES,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of a letter sent by Defendant which was filed with this Court on December 28, 2005 (Criminal Case No. 01-CR-320 docket #1119 & Criminal Case No. 01-CR-319 docket #1141).  In the letter, Defendant requests early termination of his probation.  The Court will treat Defendant's letter as a motion for early termination of supervised release.

    After a careful review of Defendant's motion, the Court concludes that the motion should be denied.  The length of Defendant's supervised release was established at Defendant's sentencing and set forth in the Judgment.  This motion essentially seeks a modification of Defendant's sentence.  The Court does not have inherent authority to modify a previously imposed sentence, it may do so only pursuant to statutory authorization.  *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997).  18 U.S.C. § 3582 provides three grounds upon which a sentence

may be modified. Defendant has not shown that any of those grounds are present in this case.

Accordingly, it is

ORDERED that Defendant's motion for early termination of supervised release, filed December 28, 2005, is **DENIED**.

Dated: January 18, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge