UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-320-D
No. 01-CR-319-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY W. HYNES,

    Defendant.

## ORDER

THIS MATTER is before the Court upon review of a letter sent by Defendant Cory W. Hynes, which was filed with this Court on December 28, 2005 (Criminal Case No. 01-CR-320 docket #1119 & Criminal Case No. 01-CR-319 docket #1141). In the letter, Defendant requests early termination of his probation. This Court entered an Order on January 18, 2006, denying Defendant's Motion for Early Termination of Supervised Release. However, the Court has recently received information from the Probation Department indicating that Defendant is in fact statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1). The Court has determined it should vacate its previous order and grant Defendant's motion. Accordingly, it is hereby

    ORDERED that the Court's Order of January 18, 2006, is **VACATED**. It is

    FURTHER ORDERED that Defendant's Motion for Early Termination of Supervised Release, filed December 28, 2005, is **GRANTED**. It is

FURTHER ORDERED that the Defendant be discharged from supervised release and that the proceedings in this case be terminated.

Dated: February 2, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge